UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAN AHMED ABDI,

Plaintiff,

v.

MARC D. DILLARD, et al.,

Defendants.

Case No. C24-1367RSM

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. No action has been taken by Plaintiff in this case since the filing of the Complaint in 2024, and Defendants have not made an appearance.

Plaintiff does not appear to be prosecuting this case given Defendant's failure to answer or otherwise respond. Furthermore, the Court is concerned that Plaintiff has failed to properly serve Defendants as required under Federal Rule of Civil Procedure 4(i). Accordingly, the Court now issues an Order to Show Cause why this case should not be dismissed for failure to prosecute and for improper service. In Response to this Order, Plaintiff must write a short statement telling the Court: (1) if Plaintiff intends to proceed with his claims; (2) the reason for the failure to take any action in this matter since filing and serving of the Complaint; (3) why the method of service was proper. Plaintiff shall file a Response to this Order to Show Cause

containing the detail described above no later than **October 29, 2026.** This Response is not to exceed five (5) pages. Failure to respond will result in dismissal of this case.

DATED this 30th day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE